**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NA, | No. C-11-2117 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| CHRISTOPHER BANKERD; VICTORIA BANKERD, | |
| Defendants.            / | |

In view of the Report and Recommendation filed on June 9, 2011, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: June 9, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge