United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

WELLS FARGO BANK, NA,

          Plaintiff,

   v.

CHRISTOPHER BANKERD; VICTORIA
BANKERD

          Defendants.

_____/

No. C 11-2117 MMC

**ORDER ADOPTING REPORT AND
RECOMMENDATION; DENYING AS
MOOT APPLICATION FOR ORDER
SHORTENING TIME; VACATING
HEARING**

16

17

18

19

20

21

     Before the Court is plaintiff Wells Fargo NA's ("Wells Fargo") motion to remand, filed

May 12, 2011 and noticed for hearing June 21, 2011 before the Honorable Elizabeth D.

Laporte.  On May 24, 2011, Magistrate Judge Laporte took the matter under submission

and, on June 10, 2011, issued a Report and Recommendation, recommending the above-

titled action be remanded.[1]  No objection to the Report and Recommendation has been

filed.

22

23

24

     The Court, having read and considered the Report and Recommendation, and

having considered the matter de novo, hereby adopts in their entirety the findings of fact

and conclusions of law contained therein.[2]

25

26

27

28

---

    [1]  Because one of the parties had not filed a consent to Magistrate Judge Laporte's
jurisdiction, the Report and Recommendation was issued in anticipation of reassignment to
a district judge.  On June 13, 2011, the case was reassigned to the undersigned.

    [2]  On June 23, 2011, Wells Fargo filed an amended notice, rescheduling the hearing
for July 29, 2011, and an application for an order shortening time for hearing on the motion.
In light of the above ruling, the July 29, 2011 hearing is hereby VACATED and the

1    The Report and Recommendation, however, did not resolve Wells Fargo's request

2  for costs and attorney's fees, which request was made in the motion to remand.  The Court,

3  having considered the request de novo, finds an award of costs and fees is not warranted

4  in this instance, for the reason that Wells Fargo has not submitted a declaration in support

5  of such request, and, indeed, has not in any manner set forth the sums it seeks, let alone

6  shown the reasonableness thereof.  See United States v. Ayers, 166 F.3d 991, 997 (9th

7  Cir. 1999) (holding district court properly denied prevailing party's request for attorney's

8  fees where party "failed to submit supporting documentation").

9    Accordingly, for the reasons set forth above:

10    1.  Wells Fargo's motion to remand is hereby GRANTED and the above-titled action

11  is hereby REMANDED to the California Superior Court in and for the County of Contra

12  Costa.

13    2.  Wells Fargo's request for costs and attorney's fees is hereby DENIED.

14    **IT IS SO ORDERED.**

15

16  Dated:  June 27, 2011

                                    _____
17                                   MAXINE M. CHESNEY
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

application for an order shortening time is hereby DENIED as moot.